COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Gerardo Barrientos v. The State of Texas

Appellate case number:     01-18-00626-CR

Trial court case number:    1548730

Trial court:                       248th District Court of Harris County

Appellant's court-appointed counsel has filed a brief concluding that this appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 744 (1967). Appellant, acting pro se, has filed a letter, which we construe as a motion requesting access to a copy of the appellate record for use in preparing a response to appointed counsel's brief. *See Kelly v. State*, 436 S.W.3d 313, 315, 318–20 (Tex. Crim. App. 2014). Appellant has also requested a copy of his counsel's *Anders* brief and motion to withdraw. We **grant** the motion.

We **order** the trial court clerk, within 10 days from the date of this order, to provide a copy of the record, including the clerk's record, the reporter's record, and any supplemental records, to appellant. The trial court clerk shall further certify to this Court, within 15 days of the date of this order, the date upon which delivery of the record to appellant is made.

We note that appellant's current address is:

Gerardo Barrientos (TDCJ #: 02199209)
Texas Department of Criminal Justice, Lewis Unit
777 F.M. 3497
Woodville, Texas 75990

We **direct** the Clerk of this Court to send, at no cost to appellant, a copy of his court-appointed counsel's brief and motion to withdraw so that appellant may respond.

Appellant's response to his appointed counsel's brief shall be filed **no later than January 9, 2020**. If appellant needs additional time to respond, the Court will consider a motion to extend time filed on or before January 9, 2020. *See* TEX. R. APP. P. 10.1(a), 10.5(b).

It is so ORDERED.


Judge's signature:     /s/  Julie Countiss
                        ☑ Acting individually     ☐ Acting for the Court


Date:   December 10, 2019